UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------------X
                                                   :

GABRIEL JIMENEZ DEL ROSARIO,     :      24 Civ. 6323 (LAK) (GS)

        Plaintiff,                        :            <u>ORDER</u>

    - against -                     :

J.B. HUNT TRANSPORT, INC., et al.,    :

        Defendants.                 :

-------------------------------------------------------------------------------X

**GARY STEIN, United States Magistrate Judge:**

       The Court is in receipt of Plaintiff's Demand for a Jury Trial, in which Plaintiff states that he "objects to the grounds for removal" and "does not waive his rights of remand in this case." (Dkt. No. 6). By no later than **Wednesday, September 4, 2024**, Plaintiff shall file a letter advising the Court whether he intends to file a motion to remand pursuant to 28 U.S.C. § 1447 and, if so, providing a brief statement of the grounds on which the motion will be based and the date by which Plaintiff proposes to file the motion. If Plaintiff states that he does not intend to file a motion to remand, the Court will proceed to schedule an Initial Case Management Conference pursuant to Fed. R. Civ. P. 16(b).

Dated:     New York, New York
             August 28, 2024

                                                           _____
                                                           GARY STEIN
                                                           United States Magistrate Judge